# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

DANIEL MARK MIXSON #24808 #76898 ) Civil Action No. _____
[Enter the full name of the plaintiff in this action] ) (to be assigned by Clerk)
)
) **COMPLAINT**
v. ) **State Prisoner**
)
JUDGE LINDA LOMBARD )
)
SHERIFF AL CANNON DETENTION CENTER )
)
CHARLESTON COUNTY )
)
_____ )
_____ )
Enter above the full name of defendant(s) in this action )

RECEIVED, CLERK'S OFFICE
US DISTRICT CT COLA. SC
2011 JUN 15 P 12:51

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes ✓    No _____

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

  1. Parties to this previous lawsuit:

     Plaintiff: DANIEL MIXSON

     Defendant(s): PUBLIC DEFENDER CASSANDRA L. WINSLOW, SOLICITOR JENNIFER SHEALY

  2. Court: DISTRICT OF SOUTH CAROLINA
     (If federal court, name the district; if state court, name the county)

  3. Docket Number: 0:09-CV-2454-MBS

  4. Name(s) of Judge(s) to whom case was assigned: MARGRET SEYMOUR  PAGE GOSSETT

  5. Disposition: DISMISSED
     (For example, was the case dismissed? Appealed? Pending?)

  6. Approximate date of filing lawsuit: 10-04-2009

  7. Approximate date of disposition: CANT REMEMBER

Complaint - State Prisoner
Revised October 3, 2007

1 of 5

II. PLACE OF PRESENT CONFINEMENT

  A. Name of Prison/Jail/Institution: SHERIFF AL CANNON DETENTION CENTER

  B. What are the issues that you are attempting to litigate in the above-captioned case? LACK OF DUE PROCESS, FALSE IMPRISONMENT, FALSE CHARGES, FALSE ARREST, EXCESSIVE BAIL/BOND

  C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓  No ___

  (2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓  No ___

   When BACK WHEN 9-04-2009  Grievance Number (if available) NOT ANSWERED APPROPRIATE

  D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)? Yes ___ No ✓

  E. When was the final agency/departmental/institutional answer or determination received by you? CANT CONTROL COURT

   *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

  F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ✓ No ___

  G. If your answer is YES:

   1. What steps did you take? FILED A GRIEVANCE FORM ABOUT LAW L. LAW B. NEVER RETURN

   2. What was the result? NEVER RECEIVED A DISPOSITION

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

  A. Name of Plaintiff: DANIEL MARK MIXSON          Inmate No.: Z4808/76898

   Address: 3841 LEEDS AVENUE, CHARLESTON SOUTH CAROLINA 29405

   *In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

  B. Name of Defendant: JUDGE LINDA LOMBARD          Position: BOND JUDGE

   Place of Employment: 3870 LEEDS AVE.

  C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

   SHERIFF AL CANNON DETENTION CENTER - 3841 LEEDS AVE., N. CHAS. S.C. 29405 CHARLESTON COUNTY

Complaint - State Prisoner
Revised October 3, 2007

2 of 5

IV. STATEMENT OF CLAIM - continued.

**1.**

ON 8-14-2008 I WAS ARRESTED. ON 02-09-2011 THE FOLLOWING FABRICATED CHARGES WERE DISMISSED. I FILED A CIVIL ACTION SUIT ON 10-04-2009 AND WAS INFORMED THE SUPREME COURT COULD NOT GET INVOLVED UNTIL CASE WAS RESOLVED.

#1
ON 8-14-2008 CHARGED WITH BURGLARY 1ST DEGREE "TO MY OWN RESIDENCE" AND CRIMINAL DOMESTIC VIOLENCE SECOND. FALSE ARREST AND FALSE POLICE REPORT

#2
ON 8-14-2008 JUDGE LINDA LOMBARD GAVE ME A TEN THOUSAND (10,000) BOND FOR CRIMINAL DOMESTIC VIOLENCE SECOND; C.D.V. 2ND CARRYS A MAXIMUM BOND OF FIVE THOUSAND (5000) EXCESSIVE BAIL/BOND

#3
ON 9-25-2008 AND 5-01-2008 I FILED FAST AND SPEEDY TRIALS WITH THE CLERK OF COURT AND MOTIONS WHICH WERE IGNORED; LACK OF PROPER DUE PROCESS.
ON 12-24-2009 FORCED TO BOND OUT DUE TO CRUEL AND UNUSUAL PUNISHMENT, INCONSISTENCYS OF DUE PROCESS OF LAW. SUBMITTED INTO EVIDENCE BAIL PROCEEDING FORM II, MOTIONS, ETC. OF ABOVE UNDER CASE 0:09-CV-2454-MBS FILED 10-04-2009.

**2.**

#1
ON 4-08-2010 ARRESTED AND CHARGED WITH BURGLARY 1ST X-TWO; FALSE CHARGES

#2
I WAS INFORMED BY RHONDA SMITH (BOND LADY) I HAD TWO ONE HUNDRED THOUSAND (100,000) BONDS. I WAS DENIED TO BE INFORMED THIS BY ATTORNEY, COURTS, SOLICITOR, ETC. AND WAS DENIED TO BE INFORMED OF THIS COURT HEARING AND TO ATTEND THIS COURT PROCEEDING. DENIED MY CIVIL RIGHTS, FEDERAL RIGHTS, AND STATE RIGHTS

#3
IN OCTOBER 2010 SECOND LETTER FROM ATTORNEY STATES, "YOUR BURGLARY 1ST CHARGES WERE CHANGED TO RECEIVING STOLEN GOODS (A MISDEMEANOR) JUST AS I SUSPECTED." LACK OF ATTORNEY CLIENT PRIVILEGE (ATTORNEY BEATTIE BUTLER) BOND REMAINED AT ONE HUNDRED THOUSAND (100,000) X-TWO. RECEIVING STOLEN GOODS CARRYS A MAXIMUM BOND OF TWO THOUSAND (2000) EXCESSIVE BAIL/BOND EXCESSIVE FINES AND CRUEL AND UNUSUAL PUNISHMENT DUE PROCESS DENIED BOND REDUCTION DENIED. ON 02-09-2011 CHARGES DISMISSED

**3.**

ON 4-21-2011 I WAS ARRESTED AND CHARGED WITH BURGLARY 1ST I HAVE BEEN DENIED A BOND

Complaint - State Prisoner
Revised October 3, 2007

4 of 5

IV. STATEMENT OF CLAIM - continued.

To DATE; 6-13-2011.

ALL COUNTY AND STATE INMATES IN SHERIFF AL CANNON DETENTION CENTER ARE BEING DENIED:

A. A LAW LIBRARY
B. LAW BOOKS
C. BLACKS LAW DICTIONARY
D. LIBRARY

AS IN FOR THE PREPARATION INSPECTION AND RESEARCH FOR MY/THIER DEFENCE. I HAVE BEEN GIVE SEVERAL UNTRUE STATEMENTS MADE WITH THE INTENT TO DECEIVE ME BY THE STATE APPOINTED COUNSEL ASIGNED TO ME. DENIED DUE PROCESS...

Complaint - State Prisoner
Revised October 3, 2007

V. **RELIEF**

*State briefly and exactly what you want the court to do for you.*

DECLAMATORY JUDGEMENT THAT BAIL WAS EXCCESSIVE AWARD DAMAGES OF $10,000.00 PER DAY, $1000.00 PER DAY FOR PUNITIVE DAMAGES. DUE TO CHARGES WERE DISMISSED; DUE TO FALSE CHARGES FALSE ARREST MISTAKES MADE AWARD DAMAGES OF $500.00 A DAY FOR FALSE IMPRISONMENT.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this THIRTEENTH day of JUNE, 20 11.

*Daniel Wilson*
Signature of Plaintiff

Complaint - State Prisoner
Revised October 3, 2007